CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
for Roanoke
JUN 27 2011
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JOHN R. LAY,<br>    Plaintiff, | )<br>)<br>) | Civil Action No. 7:11-cv-00291 |
| v. | )<br>) | **ORDER** |
| BENSON E. LEGG, et al.,<br>    Defendants. | )<br>)<br>) | By: Hon. Jackson L. Kiser<br>Senior United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby

**ORDERED**

that the complaint is **DISMISSED without prejudice**, pursuant to 28 U.S.C. § 1915(g), and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to plaintiff.

ENTER: This 27th day of June, 2011.

                                                      /s/ Jackson L. Kiser
                                                      Senior United States District Judge